**No. 10-9272. Monsuru O. Tijani, Petitioner v. Eric H. Holder, Jr., Attorney General.**

563 U.S. 965, 131 S. Ct. 2160, 179 L. Ed. 2d 943, 2011 U.S. LEXIS 3217.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 628 F.3d 1071.